No. 22-80015

In the

# United States Court of Appeals
## For the Ninth Circuit

FEDERAL ENERGY REGULATORY COMMISSION,

*Plaintiff-Respondent*,

v.

VITOL INC.; FEDERICO CORTEGGIANO,

*Defendants-Petitioners.*

On Appeal from the United States District Court
for the Eastern District of California, Sacramento
Honorable Kimberly J. Mueller, Chief District Judge
Case No. 2:20-cv-00040-KJM-AC

UNOPPOSED MOTION OF EDISON ELECTRIC INSTITUTE,
ELECTRIC POWER SUPPLY ASSOCIATION, AND ENERGY
TRADING INSTITUTE FOR LEAVE TO FILE BRIEF AS *AMICI
CURIAE* IN SUPPORT OF PETITION FOR PERMISSION TO
APPEAL

Todd Mullins
Noel H. Symons
MCGUIREWOODS LLP
888 16th St N.W., Suite 500
Black Lives Matter Plaza
Washington, D.C. 20006
T: (202) 857-1752
F: (202) 828-3320

Matthew A. Fitzgerald
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
T: (804) 775-4716
F: (804) 698-2251

*Counsel for* Amici Curiae *Edison Electric Institute, Electric Power Supply
Association, and Energy Trading Institute*

## CORPORATE DISCLOSURE STATEMENTS

Pursuant to Federal Rule of Appellate Procedure 26.1, *amici* certify the following:

Edison Electric Institute (EEI) is the national association of investor-owned electric utility companies. It has no parent company, subsidiaries, or affiliates. EEI has no outstanding shares or debt securities in the hands of the public, and no publicly owned company has a 10% or greater ownership interest in EEI.

Electric Power Supply Association (EPSA) is a national trade association that represents the competitive power industry and is incorporated under the laws of the District of Columbia. EPSA is not publicly held. There is no parent corporation or any publicly held corporation that owns 10% or more of EPSA's stock.

Energy Trading Institute (ETI) is a nonprofit organization. ETI is not publicly held. There is no parent corporation or any publicly held corporation that owns 10% or more of ETI's stock.

Dated: March 16, 2022        Respectfully submitted,

                                   */s/ Matthew A. Fitzgerald*

                                   Matthew A. Fitzgerald

                                   *Counsel for Amici Curiae*

Pursuant to Federal Rule of Appellate Procedure 29(a) and Circuit Rule 29-3, proposed *amici curiae* Edison Electric Institute ("EEI"), Electric Power Supply Association ("EPSA"), and Energy Trading Institute ("ETI") respectfully submit this motion for leave to file a brief as *amici curiae* in support of the Defendants-Petitioners' petition for permission to appeal.  All parties have consented to the filing of the brief.  In support of this motion, the proposed *amici* state:

1.	EEI is the association that represents U.S. investor-owned electric companies, international affiliates and industry associates worldwide.  EEI members provide electricity for about 220 million Americans and operate in all 50 states and the District of Columbia.  As a whole, the electric power industry supports more than seven million jobs in communities across the United States and contributes $880 billion to the U.S. economy through direct employment, contracts, supply chains, investments, and the jobs and investments induced by these activities.  Collectively, these activities and investments represent five percent of the nation's gross domestic product.  EEI members own about 75% of transmission system facilities in the country, and they include both vertically integrated utilities and competitive transmission.  EEI's members make considerable investments in energy infrastructure investments FERC and Congress have recognized are critical to ensure a reliable, cost-effective, and modern bulk

power system. EEI's members are extensively regulated, and FERC's jurisdiction

is broad. The national electric grid includes nearly a quarter-million miles of high-

voltage lines, most of which are subject to FERC's jurisdiction, as well as

generation capable of generating over 400 million megawatt hours of electricity per

month.

2.      EPSA's members include 15 companies, along with state and regional

partners, that represent the competitive power industry in their respective regions.

EPSA's members have significant financial investments in electric generation and

electricity marketing operations across the country. EPSA seeks to promote a

favorable market environment for the competitive electric industry; to support the

development of state and federal legislative and regulatory policies that encourage

the development and implementation of competitive wholesale markets for

electricity; and to improve the public's awareness of the competitive electric

industry.

3.      ETI is a non-profit organization dedicated to open, transparent,

competitive, and fair electricity and related markets in the United States. It

ethically and responsibly communicates with government legislators, regulators,

and policy makers to promote laws and policies that create, sustain, and advance

electricity and related markets with these traits. It represents a diverse group of

energy market participants, ranging from asset owning entities, marketers, hedge

funds, exchanges and companies that support participation in the competitive

markets.

4.      Proposed *amici* have a strong interest in this case.  They collectively

represent the electricity companies that handle the bulk of the nation's electricity

and are subject to FERC's wider Federal Power Act jurisdiction to which Section

2462 applies (not just the regulation in this case).  They are in a unique position to

supply information and analysis as to the broader implications of the Section 2462

statute of limitations analysis.  The *amicus* brief addresses factors which the

proposed *amici* believe this Court should consider in determining the following

questions pertinent to a Section 2462 statute of limitations analysis: (a) what is the

accrual date of the Section 2462 statute of limitations period for FERC to file an

enforcement action in District Court under 16 U.S.C. 823b(D)(3); and (b) when

does FERC commence a proceeding for such enforcement under Section 2462.

These questions have not been decided by The Ninth Circuit.  The determination

of the accrual of the statute of limitations and determination of when a proceeding

is commenced under Section 2462 are matters of importance not only to the

parties to this action but all persons and entities subject to FERC's nationwide

enforcement jurisdiction.

WHEREFORE, proposed *amici* respectfully request that the Court grant

their motion for leave to file a brief as *amici curiae*.


Dated: March 16, 2022        Respectfully submitted,

/s/ Matthew A. Fitzgerald

Matthew A. Fitzgerald
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
T: (804) 775-4716
F: (804) 698-2251
mfitzgerald@mcguirewoods.com

Todd Mullins
Noel H. Symons
MCGUIREWOODS LLP
888 16th Street N.W.
Suite 500
Black Lives Matter Plaza
Washington, D.C. 20006
T: (202) 857-1752
F: (202) 828-3320
tmullins@mcguirewoods.com
nsymons@mcguirewoods.com

*Counsel for Amici Curiae*
*Edison Electric Institute, Electric Power Supply*
*Association, and Energy Trading Institute*

# CERTIFICATE OF COMPLIANCE

1.     This motion complies with the type-volume limitations of Fed. R. App. P.

27(d)(2) and Ninth Circuit Rule 27-1 because it contains 636 words, excluding the

parts of the motion exempted by Fed. R. App. P. 27(a)(2)(B) and Fed. R. App. P.

32(f).

2.     This motion complies with the typeface and type-style requirements of Fed.

R. App. P. 32(a)(5) and Fed. R. App. P. 32(a)(6) because it has been prepared in a

proportionally spaced typeface using Microsoft Word, in 14-point size Adobe

Caslon Pro font.


Dated: March 16, 2022                    Respectfully submitted,

                                         */s/ Matthew A. Fitzgerald*
                                         Matthew A. Fitzgerald

                                         *Counsel for Amici Curiae*
                                         *Edison Electric Institute, Electric Power Supply*
                                         *Association, and Energy Trading Institute*

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2022, the foregoing was filed with the

Clerk of the United States Court of Appeals for the Ninth Circuit using the

appellate CM/ECF system, which will also serve counsel of record.

I further certify that on this date, a copy of the foregoing has been served

via email and US Mail on the following:

Charles R. Mills
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., N.W.
Washington, D.C. 20036
T: (202) 429-6472
cmills@steptoe.com

Dated: March 16, 2022    Respectfully submitted,

            */s/ Matthew A. Fitzgerald*
            Matthew A. Fitzgerald

            *Counsel for Amici Curiae*
            *Edison Electric Institute, Electric Power Supply*
            *Association, and Energy Trading Institute*